SAMUEL THEIL, Respondent, v. ANDREW RADETZKY, Appellant.— Defendant has appealed from a judgment of $1,710.55 in plaintiff's favor entered in the Greene county clerk's office on April 30, 1937, and from an order denying his motion for a new trial entered in said clerk's office on May 7, 1937. On July 15, 1934, plaintiff was standing on the shoulder of a public highway running from the village of Hunter to the hamlet of Lexington. The highway is eighteen feet in width with a shoulder three and one-half feet in width between the south edge of the pavement and a concrete post. Plaintiff saw defendant's car approaching at a rate of speed of from fifty to sixty miles an hour. He took hold of the concrete post in order to save himself and, while standing in that position, was struck by defendant's car and sustained a fracture of the leg and an injury to the sacro-iliac joint. The medical testimony is clear and convincing as to the injuries which plaintiff sustained. Defendant contends that plaintiff was guilty of contributory negligence and that the verdict is against the weight of the evidence. Only questions of fact are involved. It is the defendant's contention that plaintiff was not struck by the automobile and that the fracture to his leg was sustained as a result of muscular contraction. This contention is frivolous. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBANY CITY COMPANY, INC., Respondent, v. NICHOLAS J. FAHRENKOPF, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants.— Appeal by the city from a final order and judgment correcting the 1936 assessment roll of the city of Albany by reducing the assessment as to Nos. 637, 639 and 641 Park avenue, from $14,900 each to $9,566.48 each. These assessments, when the books were opened for inspection on September 1, 1936, were each $20,000. Upon the application of the relator the commissioner of assessments revised the assessments by reducing each to the amount first named, which were confirmed by the board of review. The case presented a question of fact, and the decision of the referee and Special Term was not against the weight of the evidence. Judgment and order unanimously affirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

## (March 16, 1938.)

In the Matter of the Application of WILLIAM H. ASH, JR., and EMMA ASH, as Administrators with the Will Annexed of the Estate of HARRIET M. FORST, Deceased, for a Certiorari Order against FREDERICK STUART GREENE and Others, Constituting the Board of Commissioners of the Land Office of the State of New York.— Motion for order authorizing hearing of proceeding on original record or return denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.